IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| BANK OF DAWSON, FIRST STATE BANK – AMERICUS, AND BANK OF TERRELL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. No. _____ |
| AERO-SPACE REPORTS, INC., KELLIE PRICE, and SID HALL, | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT NOTICE OF REMOVAL

Defendants Aero-Space Reports, Inc. ("Aero-Space") and Kellie Price ("Price") (collectively "the Aero-Space Defendants"),[1] through their undersigned counsel, hereby give this Joint Notice of Removal of the above-styled action to the United States District Court for the Middle District of Georgia, Albany Division, and state as follows:

### I.   INTRODUCTION

1.  This action is being removed pursuant to the provisions of 28 U.S.C. §§ 1331, 1441(a), (b), and (c), and 1446(a), (b), and (d).

2.  On or about September 10, 2010, Plaintiffs Bank of Dawson, First State Bank – Americus, and Bank of Terrell (collectively "Plaintiffs") filed a Complaint (hereinafter the "Complaint") in the Superior Court of Terrell County, State of Georgia.  The action, captioned Bank of Dawson, First State Bank – Americus, and Bank of Terrell v. Aero-Space Reports, Inc.,

---

[1] Defendant Sid Hall ("Hall"), through his counsel of record, has been informed of this Joint Notice of Removal and has not expressed any objection to it.  Moreover, the Aero-Space Defendants reserve their right to contend that, for purposes of removal, Hall is only a nominal defendant in this matter.

<u>Kellie Price, and Sid Hall</u>, was assigned Case No. 10-CV-168 (hereinafter the "Superior Court Action").

3. Defendants have each waived service of a Summons pursuant to O.C.G.A. § 9-11-4(d). Plaintiffs filed the Acknowledgement of Service of Process form of Hall in the Superior Court Action on October 7, 2010, and the Waiver of Service of Summons of Aero-Space and Price on October 19, 2010. In compliance with 28 U.S.C. § 1446(b), this Joint Notice of Removal is filed within thirty (30) days after service of process on Aero-Space and Price.[2]

4. The Complaint asserts claims against Defendants for alleged (1) breach of contract (Aero-Space), (2) negligence (Aero-Space and Price), (3) fraud (all Defendants), (4) negligent misrepresentation (all Defendants), (5) breach of fiduciary duties (Aero-Space and Price), (6) violation of the Federal and Georgia Racketeer Influenced and Corrupt Organizations ("RICO") Acts (all Defendants), (7) conversion and misappropriation (all Defendants), (8) guarantee (Hall), and (9) bad faith and stubborn litigiousness (all Defendants).

## II.   FEDERAL QUESTION JURISDICTION

5. Because the Complaint alleges federal claims and requires the resolution of substantial questions of federal law, this case is a civil action arising under the laws of the United States over which this Court has original jurisdiction under the provisions of 29 U.S.C. §§ 1331 and 1441 (a), (b), and (c). <u>See</u>, <u>e.g.</u>, <u>Grable & Sons Metal Products, Inc. v. Darue Eng'g & Mfg.</u>, 545 U.S. 308 (2005); <u>Ayres v. General Motors Corp.</u>, 234 F.3d 514 (11th Cir. 2000).

---

[2] The Eleventh Circuit has adopted the last-served rule. <u>See</u> <u>Bailey v. Janssen Pharmaceutica, Inc.</u>, 536 F.3d 1202, 1209 (11th Cir. 2008) ("We hereby adopt the last-served defendant rule, which permits each defendant, upon formal service of process, thirty days to file a notice of removal pursuant to § 1446(b).").

6. The Complaint necessarily raises stated federal issues, actually disputed and substantial, which this Court may entertain without disturbing any congressionally approved balance of federal and state judicial responsibilities.  See Grable, 545 U.S. at 314.

7. Accordingly, this case presents federal questions removable under 28 U.S.C. § 1441.

8. Specifically, Plaintiffs assert a claim against all Defendants for alleged violation of the Federal RICO Act, which is codified at 18 U.S.C. § 1961, *et seq*.  See Complaint Count Six and ¶¶ 278 and 280.

9. Additionally, Plaintiffs allege as predicate acts for their claim against all Defendants under the Georgia RICO Act that Defendants committed mail and wire fraud.  See, e.g., Complaint ¶¶ 20, 26, and 27 (alleging fraud and misrepresentation through the use of the mail, facsimile transmissions, and wire transfers), which are incorporated by reference in Count Six by ¶ 277.  These alleged offenses are exclusively under federal law.  See 18 U.S.C. §§ 1341, 1343.

10. This case thus requires Plaintiffs to prove, as an essential element of their Georgia RICO Act claim, that Defendants engaged in mail fraud and/or wire fraud in violation of federal law as predicate acts.  See Ayres, 234 F.3d at 520.

11. Plaintiffs' other state law claims arise from the same operative facts as their claims based on federal law such that they form the same case or controversy.  Therefore, pursuant to 28 U.S.C. §§ 1367(a) and 1441(c), this Court has supplemental jurisdiction over all of Plaintiffs' other state law claims as well.

### III.     PREREQUISITES TO REMOVAL

12. In accordance with 28 U.S.C. § 1446(d), the Aero-Space Defendants are serving a copy of this Joint Notice of Removal on Plaintiffs' counsel and filing a copy with the Clerk of the Superior Court of Terrell County, State of Georgia.

13. Copies of all process, pleadings, and orders received by the Aero-Space Defendants in the Superior Court Action are attached as Exhibit A.

14. A copy of the Notice to Superior Court of Joint Notice of Removal is attached as Exhibit B.

15. A copy of the Joint Notice to Counsel of Removal is attached as Exhibit C.

16. At the time of the filing of this Joint Notice of Removal, there are no motions pending in the Superior Court Action.

17. Defendants Aero-Space and Price consent to removal of this case to the United States District Court for the Middle District of Georgia and join in this Joint Notice of Removal to avoid multiple Notices of Removal, and Defendant Hall has not expressed any objection to this Joint Notice of Removal.

WHEREFORE, the Aero-Space Defendants hereby remove the above-styled action now pending in the Superior Court of Terrell County, State of Georgia, to the United States District Court for the Middle District of Georgia, Albany Division, and pray that this action proceed hereafter in this Court and that no further proceedings be had in the Superior Court Action.

This <u>8th</u> day of November, 2010.

        Respectfully submitted,

        <u>/s/ Michael Eric Ross</u>
        Michael Eric Ross
        Ga. Bar No.: 615190
        Eric S. Fisher
        Ga. Bar No.: 250428

        TAYLOR ENGLISH DUMA LLP
        1600 Parkwood Circle, Suite 400
        Atlanta, Georgia 30339
        Telephone: (678) 336-7234
        Facsimile:  (770) 434-7376
        mross@taylorenglish.com
        efisher@taylorenglish.com

        *Attorneys for Defendants Aero-Space*
        *Reports, Inc. and Kellie Price*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing JOINT NOTICE OF REMOVAL was filed with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following counsel of record, and service was also executed by U.S. Mail to the following counsel of record:

> William W. Calhoun
> Joseph P. Durham, Jr.
> LANGLEY & LEE, LLC
> P.O. Box 607
> Albany, Georgia 31702
> Telephone: (229) 431-3036
> billcalhoun@langleyandlee.com
> jdurham@langleyandlee.com
>
> *Attorneys for Plaintiffs*
>
> Patrick Smith Flynn
> FLYNN & PEELER, LLC
> PO Box 7
> 517 West Broad Avenue
> Albany, GA 31701
> Telephone: (229) 446-4886
> Facsimile: (229) 446-4884
> pflynn@flynnpeeler.com
>
> *Attorneys for Defendant Sid Hall*

This 8th day of November, 2010

> /s/ Michael Eric Ross
> Michael Eric Ross
> Ga. Bar No.: 615190
> Eric S. Fisher
> Ga. Bar No.: 250428
>
> TAYLOR ENGLISH DUMA LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, Georgia 30339
> Telephone: (678) 336-7234
> Facsimile:  (770) 434-7376

                                                                   mross@taylorenglish.com
                                                                   efisher@taylorenglish.com

*Attorneys for Defendants Aero-Space Reports, Inc. and Kellie Price*

{00027261-3.DOC / }