IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| BANK OF DAWSON, FIRST STATE BANK – AMERICUS, AND BANK OF TERRELL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. No. 1:10-cv-154-WLS |
| AERO-SPACE REPORTS, INC., KELLIE PRICE, and SID HALL, | ) ) ) ) | |
| Defendants. | ) ) | |

## ~~[PROPOSED]~~ ORDER

Upon consideration of the Consent Motion to Grant Motion to Remand, and for good cause shown, Plaintiffs' Motion to Remand is hereby GRANTED.

SO ORDERED, this 10th day of January, 2011.

_____
THE HONORABLE W. LOUIS SANDS
UNITED STATES DISTRICT COURT

1