## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| BANK OF DAWSON, FIRST STATE BANK – AMERICUS, AND BANK OF TERRELL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. No. 1:10-cv-154-WLS |
| AERO-SPACE REPORTS, INC., KELLIE PRICE, and SID HALL, | ) ) ) | |
| Defendants. | ) ) ) | |

## ANSWER OF DEFENDANTS AERO-SPACE REPORTS, INC. AND KELLIE PRICE

COME NOW Defendants Aero-Space Reports, Inc. ("Aero-Space") and Kellie Price ("Price") (collectively, the "Aero-Space Defendants") and hereby file their Answer to Plaintiffs' Complaint (the "Complaint"):

### FIRST DEFENSE

This Court lacks jurisdiction over the Aero-Space Defendants in this matter.

### SECOND DEFENSE

The Complaint fails, in whole or in part, to state a claim upon which relief may be granted.

### THIRD DEFENSE

Plaintiffs have not sustained any damages as a proximate result of any acts or omissions of the Aero-Space Defendants.

### FOURTH DEFENSE

The claims of Plaintiffs against the Aero-Space Defendants are barred, in whole or in part, by the defense of contributory negligence.

### FIFTH DEFENSE

Plaintiffs have failed to mitigate their alleged damages.

### SIXTH DEFENSE

The claims of Plaintiffs against the Aero-Space Defendants for punitive damages are barred because the imposition of punitive damages against the Aero-Space Defendants in this case would violate the Aero-Space Defendants' constitutional due process rights, and other rights guaranteed by the United States and Georgia Constitutions.

### SEVENTH DEFENSE

The claims of Plaintiffs against the Aero-Space Defendants for fraud are barred because these claims are not pled with particularity as is required by O.C.G.A. § 9-11-9(b).

### EIGHTH DEFENSE

Plaintiffs lack standing to pursue their claims, in whole or in part, against the Aero-Space Defendants.

### NINTH DEFENSE

The claims of Plaintiffs against the Aero-Space Defendants are barred, in whole or in part, by the defenses of waiver, estoppel, acquiescence, and/or ratification.

### TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations and of repose.

### ELEVENTH DEFENSE

Plaintiffs' damages, if any, are barred in whole or in part by the actions, omissions, and/or conduct of third parties over whom the Aero-Space Defendants had no control or authority and, thus, any recovery should be reduced or barred by such parties' proportionate fault.

### TWELFTH DEFENSE

Plaintiffs' damages, if any, were caused in whole or in part by the negligence or other fault of Plaintiffs, independent third parties, or events that were extraordinary under the circumstances, not reasonably foreseeable, and/or independent of or far removed from the Aero-Space Defendants' conduct.

### THIRTEENTH DEFENSE

No action or inaction by the Aero-Space Defendants was the proximate cause of Plaintiffs' damages, if any.

### FOURTEENTH DEFENSE

Plaintiffs' claims against the Aero-Space Defendants are barred, in whole or in part, by the economic loss rule.

### FIFTEENTH DEFENSE

The Aero-Space Defendants owed no fiduciary duty to Plaintiffs.

### SIXTEENTH DEFENSE

Defendant Price owed no independent duty to Plaintiffs apart from any duty allegedly owed by Defendant Aero-Space.

## SEVENTEENTH DEFENSE

The Aero-Space Defendants reserve the right to allege further defenses as they may become known through the course of discovery.

## EIGHTEENTH DEFENSE

Responding specifically to the allegations in the Complaint, the Aero-Space Defendants respond as follows:

1.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in Paragraph 1 of the Complaint and they are therefore denied.

2.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in Paragraph 2 of the Complaint and they are therefore denied.

3.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in Paragraph 3 of the Complaint and they are therefore denied.

4.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in Paragraph 4 of the Complaint and they are therefore denied.

5.

The Aero-Space Defendants admit the allegations in Paragraph 5 of the Complaint.

6.

The Aero-Space Defendants admit the allegations in Paragraph 6 of the Complaint.

7.

The Aero-Space Defendants deny the allegations in Paragraph 7 of the Complaint.

8.

The Aero-Space Defendants deny the allegations in Paragraph 8 of the Complaint.

9.

The Aero-Space Defendants deny the allegations in Paragraph 9 of the Complaint.

10.

The Aero-Space Defendants deny the allegations in Paragraph 10 of the Complaint.

11.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in Paragraph 11 of the Complaint and they are therefore denied.

12.

The allegations in Paragraph 12 of the Complaint call for a legal conclusion for which no response is required.

13.

The Aero-Space Defendants admit the allegations in Paragraph 13 of the Complaint.

14.

The Aero-Space Defendants admit the allegations in the first sentence of Paragraph 14 of the Complaint. The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in the second sentence of Paragraph 14 of the Complaint and they are therefore denied.

15.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in Paragraph 15 of the Complaint and they are therefore denied.

16.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in Paragraph 16 of the Complaint and they are therefore denied.

17.

The Aero-Space Defendants admit that they provided certain services to Plaintiffs, but deny the remaining allegations in Paragraph 17 of the Complaint.

18.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in Paragraph 18 of the Complaint and they are therefore denied.

19.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

20.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

21.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

22.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

23.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

24.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

25.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

26.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

27.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

28.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

29.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

30.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

31.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

32.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

33.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

34.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

35.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

36.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

37.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

38.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

39.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

40.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

41.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

42.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

43.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

44.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

45.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

46.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

47.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

48.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

49.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

50.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

51.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

52.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

53.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

54.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

55.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

56.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

57.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

58.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

59.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

60.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

61.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

62.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

63.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

64.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

65.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

66.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

67.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

68.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

69.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

70.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

71.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

72.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

73.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

74.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

75.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

76.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

77.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

78.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

79.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

80.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

81.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

82.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

83.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

84.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

85.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

86.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

87.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

88.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

89.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

90.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

91.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

92.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

93.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

94.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

95.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

96.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

97.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

98.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

99.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

100.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

101.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

102.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

103.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

104.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

105.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

106.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

107.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

108.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

109.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

110.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

111.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

112.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

113.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

114.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

115.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

116.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

117.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

118.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

119.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

120.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

121.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

122.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

123.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

124.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

125.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

126.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

127.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

128.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

129.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

130.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

131.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

132.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

133.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

134.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

135.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

136.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

137.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

138.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

139.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

140.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

141.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

142.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

143.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

144.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

145.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

146.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

147.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

148.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

149.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

150.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

151.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

152.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

153.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

154.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

155.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

156.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

157.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

158.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

159.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

160.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

161.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

162.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

163.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

164.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

165.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

166.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

167.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

168.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

169.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

170.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

171.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

172.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

173.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

174.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

175.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

176.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

177.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

178.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

179.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

180.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

181.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

182.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

183.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

184.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

185.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

186.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

187.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

188.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

189.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

190.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

191.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

192.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

193.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

194.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

195.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

196.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

197.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

198.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

199.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

200.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

201.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

202.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

203.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

204.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

205.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

206.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

207.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

208.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

209.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

210.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

211.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

212.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

213.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

214.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

215.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

216.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

217.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

218.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

219.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

220.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

221.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

222.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

223.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

224.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

225.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

226.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

227.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

228.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

229.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

230.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

231.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

232.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

233.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

234.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

235.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

236.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

237.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

238.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

239.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

240.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

241.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

242.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

243.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

244.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

245.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

246.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

247.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

248.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

249.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

250.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

251.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

252.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

253.

The Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in this Paragraph of the Complaint and they are therefore denied.

**Alleged First Cause of Action for Breach of Contract**

**(Against Aero-Space)**

254.

The Aero-Space Defendants reallege and incorporate herein their responses to the allegations in Paragraphs 1 through 253 of the Complaint.

255.

The Aero-Space Defendants deny the allegations in Paragraph 255 of the Complaint.

256.

The Aero-Space Defendants deny the allegations in Paragraph 256 of the Complaint.

257.

The Aero-Space Defendants deny the allegations in Paragraph 257 of the Complaint.

**Alleged Second Cause of Action for Negligence**

**(Against the Aero-Space Defendants)**

258.

The Aero-Space Defendants reallege and incorporate herein their responses to the allegations in Paragraphs 1 through 257 of the Complaint.

259.

The Aero-Space Defendants deny the allegations in Paragraph 259 of the Complaint.

260.

The Aero-Space Defendants deny the allegations in Paragraph 260 of the Complaint.

261.

The Aero-Space Defendants deny the allegations in Paragraph 261 of the Complaint.

**Alleged Third Cause of Action for Negligence**

**(Against All Defendants)**

262.

The Aero-Space Defendants reallege and incorporate herein their responses to the allegations in Paragraphs 1 through 261 of the Complaint.

263.

The Aero-Space Defendants deny the allegations in Paragraph 263 of the Complaint.

264.

The Aero-Space Defendants deny the allegations in Paragraph 264 of the Complaint.

265.

The Aero-Space Defendants deny the allegations in Paragraph 265 of the Complaint.

266.

The Aero-Space Defendants deny the allegations in Paragraph 266 of the Complaint.

267.

The Aero-Space Defendants deny the allegations in Paragraph 267 of the Complaint.

268.

The Aero-Space Defendants deny the allegations in Paragraph 268 of the Complaint.

**Alleged Fourth Cause of Action for Negligent Misrepresentation**

**(Against All Defendants)**

269.

The Aero-Space Defendants reallege and incorporate herein their responses to the allegations in Paragraphs 1 through 268 of the Complaint.

270.

The Aero-Space Defendants deny the allegations in Paragraph 270 of the Complaint.

271.

The Aero-Space Defendants deny the allegations in Paragraph 271 of the Complaint.

**Alleged Fifth Cause of Action for Breach of Fiduciary Duties**

**(Against the Aero-Space Defendants)**

272.

The Aero-Space Defendants reallege and incorporate herein their responses to the allegations in Paragraphs 1 through 271 of the Complaint.

273.

The Aero-Space Defendants deny the allegations in Paragraph 273 of the Complaint.

274.

The Aero-Space Defendants deny the allegations in Paragraph 274 of the Complaint.

275.

The Aero-Space Defendants deny the allegations in Paragraph 275 of the Complaint.

276.

The Aero-Space Defendants deny the allegations in Paragraph 276 of the Complaint.

**Alleged Sixth Cause of Action for Violation of Georgia Racketeer Influenced and Corrupt**

**Organizations Act[1]**

**(Against All Defendants)**

277.

The Aero-Space Defendants reallege and incorporate herein their responses to the allegations in Paragraphs 1 through 276 of the Complaint.

278.

The Aero-Space Defendants deny the allegations in Paragraph 278 of the Complaint.

279.

The Aero-Space Defendants deny the allegations in Paragraph 279 of the Complaint.

280.

The Aero-Space Defendants deny the allegations in Paragraph 280 of the Complaint.

281.

The Aero-Space Defendants deny the allegations in Paragraph 281 of the Complaint.

**Alleged Seventh Cause of Action for Conversion and Misappropriation**

**(Against All Defendants)**

282.

The Aero-Space Defendants reallege and incorporate herein their responses to the allegations in Paragraphs 1 through 281 of the Complaint.

283.

The Aero-Space Defendants deny the allegations in Paragraph 283 of the Complaint.

---

[1] Plaintiffs dismissed the federal component of this alleged cause of action (see Docket No. 18) and, therefore, no response is required to any allegations that deal solely with federal RICO claims.

**Alleged Eighth Cause of Action for Guarantee**

**(Against Defendant Hall)**

284.

The Aero-Space Defendants reallege and incorporate herein their responses to the allegations in Paragraphs 1 through 283 of the Complaint.

285.

This cause of action is not directed against the Aero-Space Defendants and, therefore, no response is required.  However, to the extent a response is necessary, the Aero-Space Defendants lack sufficient knowledge and information upon which to base a response to the allegations in Paragraph 285 of the Complaint and they are therefore denied.

**Alleged Ninth Cause of Action for Bad Faith and Stubborn Litigiousness**

**(Against All Defendants)**

286.

The Aero-Space Defendants reallege and incorporate herein their responses to the allegations in Paragraphs 1 through 285 of the Complaint.

287.

The Aero-Space Defendants deny the allegations in Paragraph 287 of the Complaint.

288.

The Aero-Space Defendants deny the allegations in Paragraph 288 of the Complaint.

289.

Responding to all of the unnumbered "prayers for relief" throughout the Complaint, the Aero-Space Defendants deny that they are liable to Plaintiffs in any amount or manner whatsoever and that Plaintiffs is entitled to any relief in this action.

290.

The Aero-Space Defendants deny each and every allegation in the Complaint that is not expressly and unequivocally admitted above.

**WHEREFORE**, Defendants Aero-Space Reports, Inc. and Kellie Price respectfully pray that:

a)   the Complaint be dismissed with prejudice and that judgment be entered in favor of the Aero-Space Defendants as to all counts of the Complaint;

b)   the Aero-Space Defendants be awarded their costs; and

c)   the Aero-Space Defendants be granted such other and further relief as the Court deems just and proper.

This 11th day of January, 2011.

Respectfully submitted,

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190
Eric S. Fisher
Ga. Bar No.: 250428

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone: (678) 336-7234
Facsimile:  (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Attorneys for Defendants Aero-Space Reports, Inc. and Kellie Price*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ANSWER OF DEFENDANTS AERO-SPACE REPORTS, INC. AND KELLIE PRICE was filed with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following counsel of record, and service was also executed by U.S. Mail to the following counsel of record:

> William W. Calhoun
> Joseph P. Durham, Jr.
> LANGLEY & LEE, LLC
> P.O. Box 607
> Albany, Georgia 31702
> Telephone: (229) 431-3036
> billcalhoun@langleyandlee.com
> jdurham@langleyandlee.com
>
> *Attorneys for Plaintiffs*
>
> Patrick Smith Flynn
> FLYNN & PEELER, LLC
> PO Box 7
> 517 West Broad Avenue
> Albany, GA 31701
> Telephone: (229) 446-4886
> Facsimile: (229) 446-4884
> pflynn@flynnpeeler.com
>
> *Attorneys for Defendant Sid Hall*

This 11th day of January, 2011.

> /s/ Michael Eric Ross
> Michael Eric Ross
> Ga. Bar No.: 615190
> Eric S. Fisher
> Ga. Bar No.: 250428
>
> TAYLOR ENGLISH DUMA LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, Georgia 30339

Telephone: (678) 336-7234
Facsimile:  (770) 434-7376
mross@taylorenglish.com
efisher@taylorenglish.com

*Attorneys for Defendants Aero-Space*
*Reports, Inc. and Kellie Price*